

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BUILDER SERVICES GROUP, INC., D/B/A GALE INSULATION, | § § | No. 08-21-00098-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THOMAS HARMON, | § | of El Paso County, Texas |
| Appellee. | § § | (TC# 2020DCV2441) |

## **MEMORANDUM OPINION**

Appellant Builder Services Group, Inc. d/b/a Gale Insulation[1] has filed an agreed motion to voluntarily dismiss this appeal. The Court grants Appellant's motion and dismisses the appeal. *See* TEX.R.APP.P. 42.1. Pursuant to their agreement, each party will bear their own costs. *See* TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Justice

August 25, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] In the motion to dismiss, Builder Services Group informed us that the caption incorrectly stated "Builder Services Group, Inc. *and* Gale Insulation" rather than "Builder Services Group, Inc. *d/b/a* Gale Insulation." We have updated the caption accordingly.